UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

# CHAPTER 13 PLAN (Individual Adjustment of Debts)

- [■] ______________ Original Plan
- [ ] ______________ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
- [ ] ______________ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: WALDO VINCENTY JOINT DEBTOR: ______________ CASE NO.: ______________

SS#: xxx-xx- 7537 SS#: xxx-xx-________

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans must be served on all creditors as required by Local Rule 2002-1(b) and a certificate of service must be filed as required by Local Rule 9036-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | [ ] Included | [■] Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | [ ] Included | [■] Not included |
| Nonstandard provisions, set out in Section IX | [■] Included | [ ] Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,334.37 for months 1 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:** [ ] NONE [ ] PRO BONO

Total Fees: $6,000.00 Total Paid: $102.00 Balance Due: $5,898.00

Payable $490.00 /month (Months 1 to 12 )

Payable $18.00 /month (Months 13 to 13 )

Allowed fees under Local Rule 2016-1 are itemized below:
$5,000.00 Attorney fee, $200.00 in costs, $500.00 motion to continue automatic stay, $25.00 in costs

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS [ ] NONE

A. **SECURED CLAIMS:** [ ] NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: The Arbours of The Palm Beaches COA

Address: 5550 Glades Road
Suit 500
Boca Raton, FL 33431

Last 4 Digits of Account No.: ______________

Arrearage/ Payoff on Petition Date $24,000

Arrears Payment (Cure) $10.00 /month (Months 1 to 12 )

Arrears Payment (Cure) $482.00 /month (Months 13 to 13 )

Arrears Payment (Cure) $500.00 /month (Months 14 to 59 )

Arrears Payment (Cure) $398.00 /month (Months 60 to 60 )

Regular Payment (Maintain) $600.00 /month (Months 1 to 60 )

Other: ____________

■ Real Property
■ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: ____________

2. Creditor: American Tax Funding, LLC

Address: 801 Maplewood Dr Ste 4
Jupiter FL 33458-0000

Arrearage/ Payoff on Petition Date $600
Payoff (Including 0% monthly interest) $10.00 /month (Months 1 to 60 )

Last 4 Digits of Account No.: ____________

Other: 2017

■ Real Property
■ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: ____________

3. Creditor: Newline Holdings, LLC

Address: Po Box 8719
Carol Stream IL
60197-0000

Arrearage/ Payoff on Petition Date $1200
Payoff (Including 0% monthly interest) $20.00 /month (Months 1 to 60 )

Last 4 Digits of Account No.: ____________

Other: 2018

■ Real Property
■ Principal Residence
☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: ____________

4. Creditor: Newline Holdings, LLC

Address: Po Box 8719
Carol Stream IL
60197-0000

Arrearage/ Payoff on Petition Date $1200
Payoff (Including 0% monthly interest) $20.00 /month (Months 1 to 60 )

Last 4 Digits of Account No.: ____________

Other: ____________

■ Real Property
- ■ Principal Residence
- ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: ____________

5. Creditor: Palm Beach County Tax Collector
c/o Hampton Peterson, Esq

Address: PO Box 3715
West Palm Beach, FL
33402

Arrearage/ Payoff on Petition Date $650.98 @ 18% = $991.80

Payoff (Including 0% monthly interest) $16.53 /month (Months 1 to 60 )

Last 4 Digits of Account No.: 0402

Other: 2023

■ Real Property
- ■ Principal Residence
- ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: ____________

6. Creditor: Palm Beach County Tax Collector
c/o Hampton Peterson, Esq

Address: PO Box 3715
West Palm Beach, FL
33402

Arrearage/ Payoff on Petition Date $650.98 @ 18% = $991.80

Payoff (Including 0% monthly interest) $16.53 /month (Months 1 to 60 )

Last 4 Digits of Account No.: 0402

Other: 2021

■ Real Property
- ■ Principal Residence
- ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
2641 Gately Dr W Apt 402 West Palm Beach, FL 33415 Palm Beach County

☐ Personal Property/Vehicle

Description of Collateral: ____________

7. Creditor: ____________

Address:

| | |
|---|---|
| Last 4 Digits of Account No.: ______ | Arrearage/ Payoff on Petition Date $1800<br>Payoff (Including 0% monthly interest) $30.00 /month (Months 1 to 60 ) |
| Other: 2024 | |
| ■ Real Property<br>■ Principal Residence<br>☐ Other Real Property | Check one below for Real Property:<br>☐ Escrow is included in the regular payments<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |
| Address of Collateral:<br>2641 Gately Dr W Apt 402 West Palm Beach, FL 33415 Palm Beach County | |
| ☐ Personal Property/Vehicle | |
| Description of Collateral: ______ | |

**B. VALUATION OF COLLATERAL:** ■ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU UNDER FED. R. BANKR. P. 3012(b)(1) AND 7004, AS REQUIRED BY LOCAL RULE 3012-1.

1. **REAL PROPERTY:** ■ NONE
2. **VEHICLES(S):** ■ NONE
3. **PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** ■ NONE

**E. DIRECT PAYMENTS** ■ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

**B. INTERNAL REVENUE SERVICE:** ■ NONE

**C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

**D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

**A.** Pay $102.00 /month (Months 60 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ■ NONE

**VI. STUDENT LOAN PROGRAM** ■ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX. NON-STANDARD PLAN PROVISIONS** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | | |
|---|---|---|---|
| /s/WALDO VINCENTY Debtor | September 23, 2026 | Joint Debtor | |
| WALDO VINCENTY | Date | | Date |

______________________________ ____________________
Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1] — Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.